JS-6

FILED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ARUTYAN ASATRYAN,                    )    Case No. CV 07-4292-JSL (MLG)
                                     )
            Petitioner,              )    JUDGMENT
                                     )
            v.                       )
                                     )
DERRAL G. ADAMS, Warden,             )
                                     )
            Respondent.              )
                                     )
_____)


    IT IS ADJUDGED that the petition is denied with prejudice.


Dated:  Feb. 13, 2008


                                    _Spencer Letts_____
                                    J. Spencer Letts
                                    United States District Judge